UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BONNIE KRAMER, :
Individually, :
  :
    Plaintiff, :
  :
  : Case No. 1:13-cv-7917
v. :
  :
CC OF ORLAND, LLC :
A Domestic Limited Liability Company :
  :
And :
  :
MO'S CHINESE KITCHEN INCORPORATED, :
A Domestic Incorporation, :
  :
And :
  :
CULVER FRANCHISING SYSTEM, INC. :
A Foreign Incorporation :
    Defendants. :
_____/ :

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Bonnie Kramer, hereby voluntarily dismisses this action with prejudice.

Dated: May 29, 2014

                                        Respectfully submitted,

                                        /s/ Pete M. Monismith
                                        Pete M. Monismith, Esq.
                                        3945 Forbes Ave., #175
                                        Pittsburgh, PA 15213
                                        ph. (724) 610-1881
                                        pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal was served upon all parties of record via the Court's CM/ECF system on May 29, 2014.

/s/ Pete M. Monismith
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com